JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WAYNE WHOMSLEY,<br>Defendant. | No. 8:25-cv-01276-JVS-ADS<br>**Judgment**<br><br>Hon. James V. Selna |

Based on the Stipulation of the Parties, and for good cause showing:

1. The Stipulation for Entry of Judgment is **APPROVED**.

2. **JUDGMENT** is hereby entered **IN FAVOR** of Plaintiff United States of America, and **AGAINST** Defendant Wayne Whomsley, in the amount of $304,522.39 as of August 25, 2026, plus statutory accruals for interest and penalties thereafter as provided by law until paid, for the income tax liabilities assessed against him for tax years 2009, 2010, 2011, 2012, 2013, 2014, and 2016, as well as for the 26 U.S.C. § 6702 civil penalties assessed against him for tax years 2013 and 2016.

**IT IS SO ORDERED**.

Dated: October 22, 2026

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE